## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| BRITA LP, | |
| Plaintiff, | |
| v. | Civil Action No. 6:21-cv-1354 |
| KAZ USA, INC. and HELEN OF TROY LIMITED, | |
| Defendants. | |

## ORDER STAYING THE LITIGATION PENDING COMPLETION OF INTERNATIONAL TRADE COMMISSION INVESTIGATION

Before the Court is Defendants KAZ USA, Inc. and Helen of Troy Limited (collectively, "Defendants") Unopposed Motion to Stay the Litigation Pending Completion of International Trade Commission Investigation pursuant to 28 U.S.C. § 1659(a). The Court, having considered the motion, and noting that it is unopposed, is of the opinion that the motion should be GRANTED.

Civil Action No. 6:21-cv-1354 is hereby STAYED and administratively closed until the determination of the United States International Trade Commission in its investigation in the matter of *Certain High-Performance Gravity-Fed Water Filters and Products Containing The Same*, Inv. No. 337-TA-1294, becomes final, including any and all appeals, and until the Commission proceedings are no longer subject to judicial review.

Dated: _____

_____
THE HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE