IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BRITA LP,**      *Plaintiff,* § § § | |
| v. § § | **Civil No. 6:21-cv-01354** |
| **KAZ USA, INC. and HELEN OF TROY LIMITED,**      *Defendants.* § § § § | |

## ORDER STAYING CASE

Before the Court is Defendants KAZ USA, Inc. and Helen of Troy Limited (collectively, "Defendants") Unopposed Motion to Stay the Litigation Pending Completion of International Trade Commission Investigation pursuant to 28 U.S.C. § 1659(a). The Court, having considered the motion, and noting that it is unopposed, is of the opinion that the motion should be GRANTED.

Civil Action No. 6:21-cv-1354 is hereby STAYED until the determination of the United States International Trade Commission in its investigation in the matter of *Certain High-Performance Gravity-Fed Water Filters and Products Containing The Same*, Inv. No. 337-TA-1294, becomes final, including any and all appeals, and until the Commission proceedings are no longer subject to judicial review.

During the pendency of the stay, the parties are hereby ORDERED to file a status report every six months that reports the basis of the stay, the status of the underlying ITC determination, the status of any and all appeals, and when the parties expect the determination to become final.

Within two weeks of the ITC determination becoming final, the parties are ORDERED to file a joint motion to lift the stay and to enter a new scheduling order to govern the case.

**SIGNED** this 14th day of June, 2022.

                                             ALAN D ALBRIGHT
                                             UNITED STATES DISTRICT JUDGE